IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CHILDREN'S PLACE, INC.,<br><br>  Defendant. | Case No. 2:25-cv-954-AJS |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Robert Jahoda, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, The Children's Place, Inc. The parties are finalizing settlement documents and expect to file the dismissal papers in the near future. The Parties respectfully request that the Court adjourns all deadlines, including Defendant's deadline of September 26, 2025 to respond to Plaintiff's Complaint, pending the forthcoming filing of a stipulation of dismissal with prejudice.

Dated: September 23, 2025        Respectfully submitted,

        */s/ Ian M. Brown*
        Ian M. Brown (PA 201680)
        **CARLSON BROWN**
        222 Broad St.
        PO Box 242
        Sewickley, PA 15143
        ibrown@carlsonbrownlaw.com
        (267) 625-4404

        *Attorney for Plaintiff*